# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ROBBIN L. JONES, | : | |
| Plaintiff, | : | Case No. 3:08cv00224 |
| -vs- | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #22), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on November 21, 2011 (Doc. #22) is ADOPTED in full;

2. Plaintiff's Application For Attorney Fees Under Equal Access To Justice Act, 28 U.S.C. §2412(d) (Doc. #18) is GRANTED;

3. Plaintiff is granted an award of attorney fees under the EAJA in the amount of $6,357.08; and

4. The case remains terminated on the docket of this Court.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Walter Herbert Rice
United States District Judge